UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

UNITED STATES OF AMERICA

      -v-

                                                    S1 11 Cr-0614(VM)

YONG WANG a/k/a JONATHAN

               Defendants.
-------------------------------------------------------X

The undersigned attorney respectfully requests the Clerk to note his appearance in this case and add him as a Filing User to whom Notices of Electronic Filings will be transmitted in this case.

                                                                                         Respectfully submitted,

                                                                                        _____
                                                                                        Barry W. Agulnick
                                                                                       *Attorney for Defendant*
                                                                                       *Yong Wang*
                                                                                       8 Bond Street – Suite 303
                                                                                       Great Neck, New York 11021
                                                                                       (516) 466-6300
                                                                                       Fax (516) 466-6344
                                                                                       barry@lawag.com

TO:    CLERK OF THE COURT
           Southern District of New York
           500 Pearl Street
           New York, New York 10007